# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>GLENN MICHAEL RIGNEY (1),<br><br>                    Defendant. | Criminal Case No. 11CR1969-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Glenn Michael Rigney is **dismissed without prejudice**. The defendant is hereby discharged and the bench warrant issued by Magistrate Judge Mitchell D. Dembin on November 21, 2012 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 1, 2014

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE